**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Dana Lynn Lee** | Social Security number or ITIN **xxx–xx–1854** |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **John C. Lee** | Social Security number or ITIN **xxx–xx–3147** |
| | First Name  Middle Name  Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **WESTERN DISTRICT OF PENNSYLVANIA** | | |
| Case number:  **17–23276–CMB** | | |

# Order of Discharge                                                                                                                12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Dana Lynn Lee                                                John C. Lee

12/13/17                                                       **By the court:**   Carlota M. Bohm
                                                                                    United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 17-23276-CMB
Dana Lynn Lee                                                           Chapter 7
John C. Lee
        Debtors               CERTIFICATE OF NOTICE
District/off: 0315-2          User: admin                 Page 1 of 3            Date Rcvd: Dec 13, 2017
                              Form ID: 318                Total Noticed: 88


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2017.
db/jdb         Dana Lynn Lee,    John C. Lee,    128 Alexander Dr,    Irwin, PA 15642-9400
cr            +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
               Pittsburgh, PA 15233-1828
14675947       Allied Interstate,    PO Box 361445,    Columbus, OH 43236-1445
14675955     ++COLUMBIA GAS,    290 W NATIONWIDE BLVD 5TH FL,    BANKRUPTCY DEPARTMENT,    COLUMBUS OH 43215-4157
              (address filed with court: Columbia Gas,    PO Box 742537,    Cincinnati, OH 45274-2537)
14675951       Cap1/Dress Barn,    Capital,   1 Retail Srvs Attn Bankruptcy,    Salt Lake City, UT 84130
14675950       Cap1/dbarn,    PO Box 30258,   Salt Lake City, UT 84130-0258
14675966       Comenity Capital/Boscovs,    Comenity Bank,    PO Box 182125,   Columbus, OH 43218-2125
14675968       Comenity Capital/Mprc,    Attn: Bankruptcy,    PO Box 182120,   Columbus, OH 43218-2120
14675969       Comenitycap/boscovs,    PO Box 182120,    Columbus, OH 43218-2120
14675970       Comenitycap/chldplce,    PO Box 182120,    Columbus, OH 43218-2120
14675973       Darland, LLC,    1957 Lincoln Hwy,    North Versailles, PA 15137-2705
14675974       Disney Movie Club,    PO Box 738,    Neenah, WI 54957-0738
14675975       F N B Cons Disc Co,    6291 State Route 30,    Greensburg, PA 15601-7597
14675981       Kia Motors Finance,    4000 Macarthur Blvd Ste,    Newport Beach, CA 92660-2558
14675986     ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
              (address filed with court: Lendmark Financial Services,    2118 Usher St NW,
               Covington, GA 30014-2434)
14675985       Lendmark Financial,    2669 Monroeville Blvd,    Monroeville, PA 15146-2301
14675990       Mariner Finance,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14675991       Marinr Finc,    8211 Town Center Dr,    Nottingham, MD 21236-5904
14675995       Miles Kimbal,    PO Box 2860,    Monroe, WI 53566-8060
14675997       Myers, Duffy, Dansak & Clegg,    226 Main St Ste 1,    Irwin, PA 15642-3442
14675999       QVC,    PO Box 2254,   West Chester, PA 19380-0153
14676000       Regency Finance,    6291 State Route 30,    Greensburg, PA 15601-7597
14676005       Stoneberry,    PO Box 2820,    Monroe, WI 53566-8020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2017 02:00:53      Pennsylvania Dept. of Revenue,
               Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA 17128-0946
14675949       EDI: TSYS2.COM Dec 14 2017 01:53:00      Barclays Bank Delaware,    100 S West St,
               Wilmington, DE 19801-5015
14675948       EDI: TSYS2.COM Dec 14 2017 01:53:00      Barclays Bank Delaware,    PO Box 8803,
               Wilmington, DE 19899-8803
14675953       EDI: CAPITALONE.COM Dec 14 2017 01:53:00      Capital One,    15000 Capital One Dr,
               Richmond, VA 23238-1119
14675952       EDI: CAPITALONE.COM Dec 14 2017 01:53:00      Capital One,    Attn: Bankruptcy,    PO Box 30253,
               Salt Lake City, UT 84130-0253
14675954       EDI: MERRICKBANK.COM Dec 14 2017 01:53:00      Cardworks/CW Nexus,    Attn: Bankruptcy,
               PO Box 9201,    Old Bethpage, NY 11804-9001
14675956       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Bank/Cathrins,    4590 E Broad St,
               Columbus, OH 43213-1301
14675957       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Bank/Fashbug,    PO Box 182272,
               Columbus, OH 43218-2272
14675958       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
               PO Box 182125,    Columbus, OH 43218-2125
14675959       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Bank/Lnbryant,    4590 E Broad St,
               Columbus, OH 43213-1301
14675960       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Bank/Onestopplus.Com,    PO Box 182125,
               Columbus, OH 43218-2125
14675962       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Bank/Pier 1,    4590 E Broad St,
               Columbus, OH 43213-1301
14675961       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Bank/Pier 1,    Attn: Bankruptcy,
               PO Box 182125,    Columbus, OH 43218-2125
14675963       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Bank/Woman Within,    4590 E Broad St,
               Columbus, OH 43213-1301
14675964       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Bank/Womnwthn,    PO Box 182789,
               Columbus, OH 43218-2789
14675965       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Capital Bank/HSN,    PO Box 182125,
               Columbus, OH 43218-2125
14675967       EDI: WFNNB.COM Dec 14 2017 01:53:00      Comenity Capital/Hsn,    995 W 122nd Ave,
               Westminster, CO 80234-3417
14675971       EDI: RCSFNBMARIN.COM Dec 14 2017 01:53:00      Credit One Bank NA,    PO Box 98872,
               Las Vegas, NV 89193-8872
14675972       EDI: RCSFNBMARIN.COM Dec 14 2017 01:53:00      Credit One Bank NA,    PO Box 98873,
               Las Vegas, NV 89193-8873
14675976       EDI: BLUESTEM Dec 14 2017 01:53:00      Fingerhut,    6250 Ridgewood Rd,
               Saint Cloud, MN 56303-0820
14675977      +E-mail/Text: bankruptcynotice@fcbanking.com Dec 14 2017 01:59:59      First Commonwealth Bank,
               601 Philadelphia St,    Indiana, PA 15701-3952
```

```
District/off: 0315-2           User: admin                  Page 2 of 3                  Date Rcvd: Dec 13, 2017
                               Form ID: 318                 Total Noticed: 88


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14675978      +EDI: AMINFOFP.COM Dec 14 2017 01:53:00      First Premier Bank,    601 S Minnesota Ave,
               Sioux Falls, SD 57104-4868
14675979       EDI: AMINFOFP.COM Dec 14 2017 01:53:00      First Premier Bank,    3820 N Louise Ave,
               Sioux Falls, SD  57107-0145
14675980       EDI: JEFFERSONCAP.COM Dec 14 2017 01:53:00      Jefferson Capital Systems,    16 McLeland Rd,
               Saint Cloud, MN  56303-2198
14675982       EDI: FORD.COM Dec 14 2017 01:53:00      Kia Motors Finance,    PO Box 20825,
               Fountain Valley, CA  92728-0825
14675983       EDI: CBSKOHLS.COM Dec 14 2017 01:53:00      Kohls/Capital One,    Kohls Credit,   PO Box 3043,
               Milwaukee, WI  53201-3043
14675984      +EDI: CBSKOHLS.COM Dec 14 2017 01:53:00      Kohls/capone,    N56 W 17000 Ridgewood Dr,
               Menomonee Falls, WI 53051-7096
14675987       E-mail/Text: bklcard@lendup.com Dec 14 2017 02:01:40      Lendup Card Services I,
               225 Bush St Ste 1100,    San Francisco, CA  94104-4250
14675988       EDI: RESURGENT.COM Dec 14 2017 01:53:00      LVNV Funding LLC,    PO Box 10497,
               Greenville, SC  29603-0497
14675989       EDI: RESURGENT.COM Dec 14 2017 01:53:00      LVNV Funding LLC,    c/o Resurgent Capital Services,
               PO Box 10497,    Greenville, SC  29603-0497
14675992       E-mail/Text: bknotices@mbandw.com Dec 14 2017 02:01:27      McCarthy Burgess & Wolfe,
               26000 Cannon Rd,    Cleveland, OH  44146-1807
14675993       EDI: MERRICKBANK.COM Dec 14 2017 01:53:00      Merrick Bank Corp,    PO Box 9201,
               Old Bethpage, NY  11804-9001
14675994       EDI: MID8.COM Dec 14 2017 01:53:00      Midland Funding,    2365 Northside Dr Ste 30,
               San Diego, CA  92108-2709
14675996       EDI: CBS7AVE Dec 14 2017 01:53:00      Montgomery Ward,    1112 7th Ave,   Monroe, WI  53566-1364
14675998       EDI: PRA.COM Dec 14 2017 01:53:00      Portfolio Recovery Associates,    120 Corporate Blvd Ste 1,
               Norfolk, VA  23502-4952
14676668      +EDI: PRA.COM Dec 14 2017 01:53:00      PRA Receivables Management, LLC,    PO Box 41021,
               Norfolk, VA 23541-1021
14676017       EDI: RMSC.COM Dec 14 2017 01:53:00      SYNCB/Pay Pal,    PO Box 965005,
               Orlando, FL  32896-5005
14676001       E-mail/Text: jennifer.chacon@spservicing.com Dec 14 2017 02:02:01
               Select Portfolio Servicing,    PO Box 65250,   Salt Lake City, UT  84165-0250
14676002       EDI: CBS7AVE Dec 14 2017 01:53:00      Seventh Ave,    1112 7th Ave,   Monroe, WI  53566-1364
14676003      +EDI: SWCR.COM Dec 14 2017 01:53:00      Southwest Credit Systems,    4120 International Pkwy,
               Carrollton, TX 75007-1958
14676004      +E-mail/Text: bankruptcynotices@squareup.com Dec 14 2017 02:01:52       Square Capital Program,
               Attn: Capital Servicing,    1455 Market St Ste 600,   San Francisco, CA 94103-1332
14676006       EDI: CBS7AVE Dec 14 2017 01:53:00      Swiss Colony,    1112 7th Ave,   Monroe, WI  53566-1364
14676007       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/ Citgo PLCC,    Attn: Bankruptcy,   PO Box 965064,
               Orlando, FL  32896-5064
14676009       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/Bp,    PO Box 965024,   Orlando, FL  32896-5024
14676012       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/Guitar Center,    950 Forrer Blvd,
               Kettering, OH  45420-1469
14676014       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/Levin Furniture,    950 Forrer Blvd,
               Kettering, OH  45420-1469
14676015       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/Levin Furniture,    Attn: Bankruptcy,
               PO Box 965060,    Orlando, FL  32896-5060
14676016       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/Old Navy,    PO Box 965005,
               Orlando, FL  32896-5005
14676019       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/Value City Furni,    950 Forrer Blvd,
               Kettering, OH  45420-1469
14676020       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/Walmart,    PO Box 965024,
               Orlando, FL  32896-5024
14676008       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/amazon,    PO Box 965015,   Orlando, FL  32896-5015
14676011       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/citgo,    PO Box 965060,   Orlando, FL  32896-5060
14676010       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/citgo,    4125 Windward Plz,
               Alpharetta, GA  30005-8738
14676013       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/hmdsgn,    C/o,   PO Box 965036,
               Orlando, FL  32896-5036
14676018       EDI: RMSC.COM Dec 14 2017 01:53:00      Syncb/paypal Extras Mc,    PO Box 965005,
               Orlando, FL  32896-5005
14676022       EDI: RMSC.COM Dec 14 2017 01:53:00      Synchrony Bank,    Attn: Bankruptcy,   PO Box 956060,
               Orlando, FL  32896-5060
14676021       EDI: RMSC.COM Dec 14 2017 01:53:00      Synchrony Bank,    PO Box 965060,
               Orlando, FL  32896-5060
14676023       EDI: RMSC.COM Dec 14 2017 01:53:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy,
               PO Box 956060,    Orlando, FL  32896-5060
14676024       EDI: RMSC.COM Dec 14 2017 01:53:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
               PO Box 956060,    Orlando, FL  32896-5060
14676025       EDI: RMSC.COM Dec 14 2017 01:53:00      Synchrony Bank/Gap,    Attn: Bankruptcy,   PO Box 956060,
               Orlando, FL  32896-5060
14676026       EDI: RMSC.COM Dec 14 2017 01:53:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
               PO Box 956060,    Orlando, FL  32896-5060
14676029       EDI: BLUESTEM Dec 14 2017 01:53:00      Webbank/Gettington,    215 S State St Ste 1000,
               Salt Lake City, UT  84111-2336
14676027       EDI: BLUESTEM Dec 14 2017 01:53:00      Webbank/fingerhut,    6250 Ridgewood Rd,
               Saint Cloud, MN  56303-0820
```

```
District/off: 0315-2          User: admin                Page 3 of 3              Date Rcvd: Dec 13, 2017
                              Form ID: 318               Total Noticed: 88

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
14676028        EDI: BLUESTEM Dec 14 2017 01:53:00      Webbank/gettington,    6250 Ridgewood Rd,
                 Saint Cloud, MN 56303-0820
14676030        E-mail/Text: bankruptcy@firstenergycorp.com Dec 14 2017 02:01:12     West Penn Power,
                 PO Box 3687,   Akron, OH 44309-3687
                                                                                             TOTAL: 65

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Deutsche Bank National Trust Company, as Indenture
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                  TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 13, 2017 at the address(es) listed below:
              Charles O. Zebley, Jr.    COZ@Zeblaw.com, PA67@ecfcbis.com;Lyndie@Zeblaw.com
              James  Warmbrodt    on behalf of Creditor   Deutsche Bank National Trust Company, as Indenture
               Trustee, on behalf of the holders of the Accredited Mortgage Loan Trust 2006-2 Asset Backed
               Notes bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Robert H. Slone    on behalf of Debtor Dana Lynn Lee robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              Robert H. Slone    on behalf of Joint Debtor John C. Lee robertslone223@gmail.com,
               rslone@pulsenet.com;G17689@notify.cincompass.com
              S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
                                                                                              TOTAL: 6
```